**United States District Court**
**Violation Notice**

CVB Location Code: MA65

Violation Number: 092567 / 1905454
Officer Name (Print): PARKER
Officer No: 2770

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/27/09 0146
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: PROVINCE LANDS RD

Offense Description: OPERATION UNDER THE INFLUENCE

**DEFENDANT INFORMATION**

Last Name: PRICE-GARNER
First Name: TRACEY
MI: J

**VEHICLE DESCRIPTION**

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2KX790 | MA | 93 | JEEP | GREEN |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JULY 27th, 20 09 while exercising my duties as a law enforcement officer in the EASTERN District of MASSACHUSETTS

On 07/26/09 at approximately 2340 hours I observed a green jeep fail to stop at two stop signs in the area of Herring Cove. I followed the vehicle westbound on Province Lands Road and observed the vehicle cross the double yellow line and well into the opposite lane of traffic on several different occasions. The vehicle also traveled entirely into the opposite lane for several seconds at a time on two separate occasions.

I stopped the vehicle (MA tag 2KX790) on Province Lands Road, and identified the driver as Tracey PRICE-GARNER out of Provincetown, MA. I asked her why she was all over the road and she stated, "I thought you were my girlfriend I was playing a game."

I observed numerous signs of impairment when talking with PRICE-GARNER such as glossy bloodshot eyes, unfair balance, and a strong odor of an alcoholic beverage emanating from her breathe.

PRICE-GARNER performed unsatisfactorily on the standardized field sobriety tests. I observed numerous clues of impairment. PRICE-GARNER was issued a federal violation notice for operation under the influence of alcohol.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/27/2009
Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 8/13/2009  13 21 28