## United States District Court Violation Notice

CVB Location Code: **MA65**

Violation Number: 1905455 (092567)
Officer Name (Print): PARKER
Officer No: 2770

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 7/27/09 0152
Offense Charged (CFR): 36 CFR 4.23(c)(2)
Place of Offense: PROVINCE LANDS RD
Offense Description: REFUSAL TO SUBMIT TO A BREATH TEST

### DEFENDANT INFORMATION

Last Name: PRICE-GARNER
First Name: TRACEY
MI: J

### VEHICLE DESCRIPTION

Tag No: 2KX 790
State: MA
Year: 93
Make/Model: JEEP
Color: GREEN

[X] A - IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
[ ] B - IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on July 27th, 2009 while exercising my duties as a law enforcement officer in the EASTERN District of MASSACHUSETTS

On 07/26/09 at approximately 2340 hours I observed a green jeep fail to stop at two stop signs in the area of Herring Cove. I followed the vehicle westbound on Province Lands Road and observed the vehicle cross the double yellow line and well into the opposite lane of traffic on several different occasions. The vehicle also traveled entirely into the opposite lane for several seconds at a time on two separate occasions.

I stopped the vehicle (MA tag 2KX790) on Province Lands Road, and identified the driver as Tracey PRICE-GARNER out of Provincetown, MA. I asked her why she was all over the road and she stated, "I thought you were my girlfriend. I was playing a game."

I observed numerous signs of impairment when talking with PRICE-GARNER such as glossy bloodshot eyes, unfair balance, and a strong odor of an alcoholic beverage emanating from her breathe. PRICE-GARNER performed unsatisfactorily on the standardized field sobriety tests. I observed numerous clues of impairment.

PRICE-GARNER was transported to the Provincetown police station where she was read the OUI Statement to Defendant form. The form clearly stated that refusing to provide a breathe sample was against the federal code of regulations. PRICE-GARNER refused to provide a breathe sample. PRICE-GARNER was issued a federal violation notice for refusal to submit to a breathe test.

The foregoing statement is based upon
[✓] my personal observation   [✓] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/27/2009
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge