## United States District Court
## Violation Notice

CVB Location Code

MAb5

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1905453 | PARKER | 2770 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/27/09  0146 | 36 CFR  4.22(b)(1) |

Place of Offense

Province Lands Road

Offense Description

Operation without due care

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Price - GARNER | TRACEY | J |

**VEHICLE DESCRIPTION**  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2KX790 | MA | 93 | JEEP | GREEN |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| **PAY THIS AMOUNT →** | $ | **Total Collateral Due** |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

*(vertical right margin)* 1905453

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 27TH, 20 09 while exercising my duties as a law enforcement officer in the EASTERN District of MASSACHUSETTS

— On 07/26/09 at approximately 2340 hours I observed a
— green jeep fail to stop at two stop signs in the area of
— Herring Cove. I followed the vehicle westbound on
— Province Lands Road and observed the vehicle cross the
— double yellow line and well into the opposite lane of
— traffic on several different occasions. The vehicle also
— traveled entirely into the opposite lane for several
— seconds at a time on two separate occasions. While these
— incidents were occurring I paced the vehicle at
— approximately 50 to 55 mph hour with my radar unit
— (G24285). Province Lands Road has a posted speed limit
— of 40 mph.

— I stopped the vehicle (MA tag 2KX790) on Province
— Lands Road and identified the driver as Tracey PRICE-
— GARNER out of Provincetown, MA. I asked her why
— she was all over the road and she stated, "I thought you
— were my girlfriend. I was playing a game."

— PRICE-GARNER was issued a federal violation notice
— for operating without due care.

The foregoing statement is based upon

√ my personal observation        √ my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on  07/27/2009

Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on

Date (mm/dd/yyyy)       U.S. Magistrate Judge