## United States District Court
### Violation Notice

**CVB Location Code:** MA65

**Violation Number:** 1905452 (092567)
**Officer Name (Print):** PARKER
**Officer No:** 2770

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 7/27/09 0146
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.12
**Place of Offense:** Province Lands Road

**Offense Description:** Traffic Control Device

### DEFENDANT INFORMATION

**Last Name:** Price-Garner
**First Name:** Tracey
**MI:** J

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2KX790 | MA | 93 | JEEP | GREEN |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 27th 20 09 while exercising my duties as a law enforcement officer in the EASTERN District of MASSACHUSETTS

- On 07/26/09 at approximately 2340 hours I observed a green jeep fail to stop at two stop signs in the area of Herring Cove. I followed the vehicle westbound on Province Lands Road and observed the vehicle cross the double yellow line and well into the opposite lane of traffic on several different occasions

- I stopped the vehicle (MA tag 2KX790) on Province Lands Road, and identified the driver as Tracey PRICE-GARNER out of Provincetown, MA. I asked her why she was all over the road and she stated, "I thought you were my girlfriend. I was playing a game."

- PRICE-GARNER was issued a federal violation notice for failure to comply with a traffic control device

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/27/2009
Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge