UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **09-00478-RBC** |
| | ) | |
| **Tracey Price-Garner** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Assistant United States Attorney Cynthia W. Lie hereby gives notice of her appearance as government counsel in the above-captioned matter.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:    /s/CYNTHIA W. LIE
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3206
Fax (617) 748-3954

October 16, 2009

CERTIFICATE OF SERVICE


I, Cynthia W. Lie, Assistant United States Attorney, do hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.


/s/ Cynthia W. Lie
CYNTHIA W. LIE
Assistant United States Attorney


Dated: October 16, 2009